IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JANICE V. TRAYNHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 4:06-CV-00041<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>   Senior United States District Judge |

On August 16, 2006, this Court entered an *Order* [6] referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his *Report and Recommendation* [16] on March 30, 2007. That *Report* recommended that I grant the Defendant's request to remand the case for further proceedings. The Plaintiff had no objection. After a careful review of the entire record in this case and no objections having been filed to the Magistrate Judge's *Report* within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's *Report* in its entirety. Accordingly, it is this day ADJUDGED and ORDERED as follows:

1. The *Report and Recommendation* of the United States Magistrate Judge, filed March 30, 2007, shall be, and hereby is, **ADOPTED** in its entirety.

2. For the reasons stated in the Magistrate Judge's *Report*, the case is hereby **REMANDED** to the Commissioner, and this case is hereby **DISMISSED** from the active docket of this Court.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this *Order* to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 19th day of April, 2007.

<u>s/Jackson L. Kiser</u>
Senior United States District Judge